UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMOTHY COOK,

    Plaintiff,

vs.        Case No. 3:08-cv-912-J-MCR

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Entry of Judgment with Remand (Doc. 15) filed May 8, 2009. The Commissioner seeks remand for further action under sentence four of 42 U.S.C. §405(g) in order to allow the administrative law judge (the "ALJ") to:

> further develop the record and issue a new decision. Specifically, the ALJ will discuss the evidence of the VA disability rating and explain the weight that is afforded that determination. The ALJ will also provide an explanation of how that evidence is weighed and the rationale for the weight.

(Doc. 15, p.1). The Commissioner asserts Counsel for Plaintiff has no objection to the remand. Id.

Accordingly, after due consideration, it is

**ORDERED**:

Defendant's Motion for Entry of Judgment with Remand (Doc. 15) is **GRANTED** and a judgment shall enter **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. §405(g). Thereafter, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 11th day of May, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record